# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FLORENTINA OCHOA (8), <br><br> Defendant. | CASE NO. 11CR1394-DMS <br><br> **JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_ the Court has dismissed the case for unnecessary delay; or

__X__ the Court has granted the motion of the Government for dismissal without prejudice; or

\_\_\_\_ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

\_\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offenses as charged in the Indictment:

  18 USC 371; 18 USC 982(a)(1) and (a)(6); 8 USC 1324(a)(2)(B)(ii); 18 USC 1546(a); 18 USC 2; 18 1028A

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: September 7, 2011

Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE